# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**KENYATTA LYNN MOONEY**                                      **PLAINTIFF**

**v.**                                     **CIVIL ACTION NO: 3:16CV10-DMB-SAA**

**JIMMY GRAY CHEVROLET, INC.**
**AND JOHN DOES 1-10, INDIVIDUALLY,**
**AND IN THEIR EMPLOYMENT CAPACITIES**                    **DEFENDANTS**

## ORDER STAYING CASE

Defendant Jimmy Gray Chevrolet, Inc. has filed a Motion to Dismiss and to Compel

Arbitration.  Docket 8.  Local Uniform Civil Rule 16(b)(3)(B) dictates that:

> Filing a motion to compel arbitration, or a motion asserting an
> immunity defense or jurisdictional defense stays the attorney
> conference and disclosure requirements and all discovery, pending
> the court's ruling on the motion, including any appeal.  Whether to
> permit discovery on issues related to the motion and whether to
> permit any portion of the case to proceed pending resolution of the
> motion are decisions committed to the discretion of the court, upon
> a motion by any party seeking relief.

Consequently, this case is hereby stayed pending a ruling on the motion to compel

arbitration.  Counsel are directed to notify the undersigned within fourteen days of a ruling on

the motion.

SO ORDERED, this, the 3rd day of March, 2016.

                                     /s/ S. Allan Alexander
                                     UNITED STATES MAGISTRATE JUDGE